# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Case No. 12-md-02311<br>Honorable Marianne O. Battani |
| In re: SPARK PLUGS<br>DIRECT PURCHASER ACTIONS | 2:15-cv-03001-MOB-MKM |
| THIS RELATES TO:<br><br>WAL, INC. d/b/a TRI-STATE AUTOMOTIVE WAREHOUSE and KMB/CT, INC. d/b/a KMB WAREHOUSE DISTRIBUTORS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>NGK Spark Plug Co., Ltd., et al.,<br><br>Defendants. | 2:15-cv-11774-MOB-MKM |

## STIPULATION AND ORDER REGARDING ACCEPTING SERVICE OF COMPLAINT

WAL, Inc. d/b/a Tri-State Automotive Warehouse and KMB/CT, Inc. d/b/a KMB Warehouse Distributors, Inc. ("Plaintiffs") have filed the above-captioned action ("Action") against DENSO Corporation, DENSO International America, Inc., DENSO Products and Services Americas, Inc. f/k/a DENSO Sales California, Inc., NGK Spark Plug Co., Ltd., NGK Spark Plugs (U.S.A.), Inc., Robert Bosch GmbH, and Robert Bosch LLC (collectively, "Stipulating Defendants") alleging violations of Section 1 of the Sherman Act in connection with the sale of Spark Plugs. So as to preserve both party and judicial resources, Plaintiffs and

Stipulating Defendants, by and through their undersigned counsel, stipulate to the following with respect to the Action:

1. Counsel for Stipulating Defendants agree to accept service of the complaint, filed on May 18, 2015, on behalf of the Stipulating Defendants, in satisfaction of the requirements of Fed. R. Civ. P. 4.

2. Unless otherwise modified by a case management order entered in this Action, Stipulating Defendants shall, as permitted by Fed. R. Civ. P. 12, answer, move, or otherwise respond within 60 days after either: (a) service on Stipulating Defendants of complete and unredacted copies of a consolidated amended complaint ("CAC") in MDL 2311 in English and Japanese asserting claims based on sales of Spark Plugs; or (b) service on Stipulating Defendants of complete and unredacted copies of the current complaint in this Action in English and Japanese together with written notice by Plaintiffs that they will not be filing a CAC in this Action.

3. Notwithstanding paragraph 2 above, if Stipulating Defendants file an answer, move or otherwise respond pursuant to Fed. R. Civ. P. 12 in any related actions asserting claims based on sales of Spark Plugs before the date required by this stipulation, Stipulating Defendants will concurrently file their answer, move or otherwise respond as permitted by Rule 12 in this matter.

4. Plaintiffs and Stipulating Defendants stipulate and agree that the entry into this stipulation by Stipulating Defendants shall not constitute a waiver of (a) any jurisdictional defenses that may be available under Rule 12 of the Federal Rules of Civil Procedure, (b) any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure or (c) any other statutory or common law defenses that may be available to Stipulating Defendants in this or any

other related actions. Stipulating Defendants expressly reserve their right to raise any such defenses (or any other defense) in response to (a) the current complaint or any amended and/or consolidated complaint that may be filed on behalf of any of Plaintiff or any other Direct Purchaser, and/or (b) any complaint that may be filed in any related action.

5. Plaintiffs further agree that the terms of this stipulation are available, without further stipulation with counsel for Plaintiffs, to all defendants who notify Plaintiffs' counsel in writing of their intention to join this Stipulation.

**IT IS SO STIPULATED.**

Dated: July 31, 2015    /s/ William E. Hoese
Joseph C. Kohn
William E. Hoese
Douglas A. Abrahams
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700
jkohn@kohnswift.com
whoese@kohnswift.com
dabrahams@kohnswift.com

Gregory P. Hansel
Randall B. Weill
Michael S. Smith
PRETI, FLAHERTY, BELIVEAU
  & PACHIOS LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Telephone: (207) 791-3000
ghansel@preti.com
rweill@preti.com
msmith@preti.com

Steven A. Kanner
William H. London
Michael E. Moskovitz
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
skanner@fklmlaw.com
wlondon@fklmlaw.com
mmoskovitz@fklmlaw.com

Eugene A. Spector
William G. Caldes
Jonathan M. Jagher
Jeffrey L. Spector
SPECTOR ROSEMAN KODROFF
  & WILLIS P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
espector@srkw-law.com
bcaldes@srkw-law.com
jjagher@srkw-law.com
jspector@srkw-law.com

David H. Fink (P28235)
Darryl Bressack (P67820)
FINK + ASSOCIATES LAW
38500 Woodward Avenue, Suite 350
Bloomfield Hills, MI 48304
Telephone: (248) 971-2500
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com

Carl E. Person
225 E. 36th Street – Suite 3A
New York, NY 10016-3664
Telephone: (212) 307-4444
Carlpers2@gmail.com

Linda P. Nussbaum
Susan R. Schwaiger
Nussbaum Law Group, P.C.
570 Lexington Avenue, 19th Floor
New York, NY 10022
Telephone: (212) 702-7053
lnussbaum@nussbaumpc.com
sschwaiger@nussbaumpc.com

Irwin B. Levin
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481

Warren Rubin
Law Offices Bernard M. Gross, P.C.
John Wanamaker Building
100 Penn Square East, Suite 450
Philadelphia, PA 19107
Telephone: (215) 561-3600

**Counsel for WAL, Inc. d/b/a Tri-State Automotive Warehouse and KMB/CT, Inc. d/b/a KMB Warehouse Distributors Inc.**

5

Dated: July 31, 2015

*/s/ Steven F. Cherry*
Steven F. Cherry
David P. Donovan
Brian C. Smith
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
steven.cherry@wilmerhale.com
david.donovan@wilmerhale.com
brian.smith@wilmerhale.com

***Counsel for DENSO Corporation, DENSO International America, Inc., and DENSO Products & Services, America f/k/a DENSO Sales California, Inc.***

Dated: July 31, 2015

*/s/ John Roberti*
John Roberti
Matthew R. Boucher
ALLEN & OVERY LLP
1101 New York Avenue NW
Washington, DC 20005
Telephone: (202) 683-3800
Facsimile: (202) 683-3999
john.roberti@allenovery.com
matthew.boucher@allenovery.com

Michael S. Feldberg
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
michael.feldberg@allenovery.com

William R. Jansen (P36688)
Michael G. Brady (P57331)
WARNER NORCROSS & JUDD LLP
2000 Town Center, Suite 2700
Southfield, MI 48075-1318
Telephone: (248) 784-5000
Facsimile: (248) 784-5005
wjansen@wnj.com
mbrady@wnj.com

*Counsel for Robert Bosch GmbH and Robert Bosch LLC*

Dated: July 31, 2015

*/s/ John M. Majoras*
John M. Majoras
JONES DAY
325 John H. McConnell Boulevard
Suite 600
Columbus, OH 43216-5017
Telephone: (614) 281-3835
Facsimile: (614) 461-4198
jmmajoras@jonesday.com

Eric P. Enson
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: (213) 243-2304
Facsimile: (213) 243-2539
epenson@jonesday.com

Ellen Maxwell-Hoffman
BOWLES RICE
600 Quarrier Street
Charleston, WV 25301
Telephone: (304) 347-1186
Facsimile: (304) 343-3058
emaxwell@bowlesrice.com

*Counsel for NGK Spark Plug Co., Ltd., NGK Spark Plugs (U.S.A.), Inc.*

**IT IS SO ORDERED.**

Date: August 27, 2015

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

7

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on August 27, 2015.

s/ Kay Doaks  
Case Manager