**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION** | **CASE NO. 12-MD-02311**<br>**HON. F. KAY BEHM** |
| **In Re:**<br>**SPARK PLUGS** | **2:15-cv-03001-FKB-RSW**<br>**2:15-cv-11774-FKB-RSW** |
| **THIS RELATES TO:**<br>**ALL DIRECT PURCHASER ACTIONS** | |

**ORDER AUTHORIZING DISTRIBUTION OF**
**SETTLEMENT FUNDS[1]**

AND NOW, this 8th day of May, 2026, upon consideration of Plaintiff's Amended Motion for an Order Authorizing Distribution of Settlement Funds, the Brief in Support thereof (the "Brief"), and the entire record in this matter, it is hereby ORDERED as follows:

1.      Payments to 34 Claimants from the Settlement Fund who have filed valid, or partially valid, claims totaling $760,813,284.86 as set forth in the Declaration of Andrew Clements dated April 28, 2026 and filed May 4, 2026, ECF No. 107-1 ("Clements Declaration") are hereby AUTHORIZED.

2.      Claims to the Settlement Fund recommended for disallowance by the Settlement Administrator, as described in the Clements Declaration, are hereby DISALLOWED.

---

[1] Settlement Class Counsel inadvertently submitted incorrect proposed orders, which the Court entered at ECF No. 108 in Case No. 15-cv-3001 and ECF No. 73 in Case No. 15-cv-11774. Those Orders shall be stricken.

3.      Payment to Epiq from the Settlement Funds in an amount not to exceed $35,000 for its settlement and claims administration services and costs, including tax preparation charges and payment of taxes, from April 1, 2026 to the conclusion of the litigation, is hereby authorized.

4.      The balance of the Settlement Funds, including any additional accrued interest and tax refund, but less any additional unforeseen costs and expenses related to settlement and claims administration, be paid in accordance with the *Proposed Process for Distributing the Net Settlement Fund* set forth in the Clements Declaration. Distributions shall be pro rata, based on the approved purchases.

6.      The distributions authorized and approved herein shall be made as soon as can be reasonably accomplished.

7.      The actions of Settlement Class Counsel and Epiq Class Action & Claims Solutions in connection with the administration of the settlements and the Settlement Fund are approved.

**IT IS SO ORDERED.**

Dated: May 8, 2026                              s/F. Kay Behm
                                                F. Kay Behm
                                                United States District Judge